AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | |
| Brittany Alleesse Nancy Jones | ) | |
| DOB: ▮▮▮▮ | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 25, 2019 to May 11, 2019** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1591(a)(1) and (2) and (b)(2) | did knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, and benefit financially by receiving anything of value for participating in a venture that did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, a person who had not attained the age of 18 – to wit, Z.S., who was 15 years of age – knowing that Z.S. would be caused to engage in a commercial sex act. |
| 18 USC § 1591(a)(1) and (2) and (b)(2) | did knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, and benefit financially by receiving anything of value for participating in a venture that did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, a person who had not attained the age of 18 – to wit, T.H.Y., who was 17 years of age – knowing that T.H.Y. would be caused to engage in a commercial sex act. |
| 18 USC § 1594(c) | did knowingly conspire with others, to include Willis Lewis, Ashley Taylor, Brittany Jones, and Rodrick Barton, to violate 18 U.S.C Section 1591 as set forth in Counts 1 and 2 above. |
| 18 USC § 2423(a) and (e) | did knowingly conspire with Willis Lewis, Ashley Lewis, Brittany Jones, and Rodrick Barton to transport an individual who has not attained the age of 18 years – to wit, Z.S., who was 15 years of age – in interstate commerce with intent that Z.S. engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense. |
| 18 USC § 2423(a) and (e) | did knowingly conspire with Willis Lewis, Ashley Lewis, Brittany Jones, and Rodrick Barton to transport an individual who has not attained the age of 18 years – to wit, T.H.Y., who was 17 years of age – in interstate commerce with intent that T.H.Y. engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Alix Skelton, S/A, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/26/2019

*Judge's signature*

City and state: Washington, D.C.   Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*