**STATEMENT OF FACTS IN SUPPORT OF AN ARREST WARRANT**

1.      On May 14, 2019, the Federal Bureau of Investigation Child Exploitation and Human Trafficking Task Force (CEHTTF) was advised that several juveniles females, who had previously been identified by law enforcement as missing and endangered juveniles were believed to be advertised online for commercial sex purposes. Your affiant was assigned to the investigation. Your affiant located advertisements for Z.S., a fifteen-year-old female, and T.H.Y., a seventeen-year-old female, on megapersonals.com and listcrawler.com, two websites known to your affiant to be frequently used for the positing of commercial sex advertisements.

2.      Your affiant viewed multiple advertisements on these websites, as well as advertisements collected by a law enforcement database, which contained photographs of Z.S. and T.H.Y being advertised to engage in commercial sex acts between April 25, 2019 and May 12, 2019 in the Washington, DC and Southern Maryland areas.

3.      As examples, your affiant located the following advertisements (quoted text is as found in the original):

   a.   An advertisement posted on megapersonals.com on April 25, 2019 titled *"Young Sexy and READY"* which contained the text *"Petite Body BIG TITTIES And Nice Booty SS - 60 HH - 120 H - 240 In need of transportation to you for outcalls FaceTime and Phone Call Available For Proof Of Me"*[1] and contained two image

---

[1] In your affiant's training and experience in investigations of this nature, an "outcall" is a commercial sex date in which the commercial sex worker goes to the client's location to engage in the commercial sex date, and an "incall" is a commercial sex date in which the client goes to the commercial sex worker's location to engage in the commercial sex date. References to SS, HH, and H mean rates for "short stay," which generally refers to a 15  minute period of time or shorter, a half hour, and an hour, respectively.

files depicting T.H.Y. posed suggestively, including one of her bare breasts. The contact number was listed as ███████ and the location was Washington, DC.

b. An advertisement posted on megapersonals.com on April 26, 2019 titled *"Young HOT AND SEXY"* which contained the text, *"Hello I am looking for generous men interested in Some Grown & Sexy Adult Fun OUTCALLS serious People ONLY ❗❗❗ must Send pic wanna see me ? go head , you know you wanna call* ███████ *"* The advertisement contained two image files depicting T.H.Y. and three image files depicting Z.S., both posed suggestively in each image. The contact number listed was ███████ and the location was listed as Washington, DC.

c. An advertisement posted on megapersonals.com on April 30, 2019 titled *"2 Lovely Ladies [Incall Only] Waiting To Excite Your Day (SERIOUS INQUIRIES ONLY!)"* which contained the text *"Light skin-(thick juicy titties and pussy is always wet and ready👀) Brown Skin-(round fat ass,big bouncy titties,shaved pussy)"* and two image files each of Z.S. and T.H.Y. posed suggestively in underwear and lingerie. The contact number on the advertisement was listed as ███████ and the location was listed as Washington, DC.

d. An advertisement posted on megapersonals.com on May 1, 2019 titled *"Special Late Night EscapadesCome Take A Dive Make You Feel Alive"* which contained the text *"Amazing Light Carmel, Slim Waist, Round Juicy Titties, Super Phat Wet Pussy"* and contained five image files and three video files depicting Z.S. posed suggestively, including one in which depicts her nude body. The contact number on the advertisement was listed as ███████ and the location was listed as Washington, DC.

e.  An advertisement posted on megapersonals.com on May 9, 2019 titled *"Available & Ready To PlaySweetest Sensations, Come Get Your Mind Right"* which contained the text *"□I'm 21Yrs Young & Very Sexy ♥ □My Body Will Amaze You And My Skills Are Out Of This World ♥ □My Touch Will Soothe Your Every Need ♥ □Ready For Your Company NIGHT ♥ OPEN MINDED & LOVE TO PLAY★SKIN SO SOFT YOU WILL KEEP COMING FOR MORE! ●Independent! ●Very Discreet! ●Respectful! ●NO RUSH!!! ●Very Friendly My services charge as below : Ss ➡80 Hhr ➡120 Hr ➡200 6 Hrs ➡850 I Love What I Do & I Want To Have A Nice Time With You CALL OR TEXT NOW* ▮▮▮▮▮ The advertisement contained five image files and two video files of Z.S. posed suggestively in underwear, and at least one image depicted her naked breasts. The contact number on the advertisement was listed as ▮▮▮▮▮ and the location was listed as Washington, DC.

### Z.S.'s STATEMENT

4.     On May 16, 2019, law enforcement located Z.S. in a hotel room at the Motel 6, located at 5701 Allentown Rd, Camp Spring, Maryland.  She was in the company of an adult male, Gregory Lucas. At that time, Z.S. advised law enforcement that she had used Lucas's cell phone to access a TextNow[2] account associated with her commercial sex advertisements.

---

[2] "TextNow" is a mobile messaging application that allows users to send text messages from an assigned phone number that is created within the application and is not associated with a particular mobile device.

5.      Lucas voluntarily provided his cell phone to law enforcement and gave your affiant consent to search the device. Your affiant did conduct a forensic analysis of the device and located a TextNow account associated with telephone number ███████ the number in one of the advertisements described above. Additionally, text messages to and from this account were recovered, some of which had been deleted. Based on your affiant's training and experience, many of these messages were consistent with arranging commercial sex dates. Several deleted messages to and from telephone number ███████ which was stored with the associated contact name "Kash," were recovered, including one dated May 10, 2019 in which the user of ███████ stated "get condoms."

6.      On May 17, and June 28, 2019, your affiant interviewed Z.S. During the interviews, Z.S. stated the following:

7.      **FOWLER.**  Since the date she and T.H.Y. left a residential placement facility in Virginia (known to law enforcement to have occurred on April 21, 2019), she and T.HY. had engaged in commercial sex with multiple men in Virginia, the District of Columbia, and Maryland. Specifically, several days after leaving the residential placement facility, she and T.H.Y. met an adult male in the District of Columbia known to her as "Chucky," later identified as CURTIS LAKEITH FOWLER (hereinafter "FOWLER"). FOWLER advised Z.S. and T.H.Y. that he could "help them make money." Z.S. advised that she knew this to mean that FOWLER would have them engage commercial sex.

8.      That first day they met, FOWLER posted advertisements for Z.S. and T.H.Y. for commercial sex online, however, neither Z.S. nor T.H.Y. engaged in any commercial sex dates that day.

9. **JONES.** The following day, FOWLER introduced Z.S. and T.H.Y. to an adult female known to Z.S. as "Brittany," "B," or "Bossy B," later identified as BRITTANY ALLEESSE NANCY JONES (hereinafter "JONES") who was going to assist them in securing commercial sex dates. JONES brought Z.S., T.H.Y., FOWLER, and FOWLER's girlfriend, known to Z.S. as "Diamond," to "Diamond's" residence for the night. That night, JONES and "Diamond" took photographs of Z.S. and T.H.Y. in underwear and lingerie provided by JONES for use in advertisements for commercial sex.

10. **LEWIS and TAYLOR.** The following day, JONES and two other individuals, one known to Z.S. as "Kashh," later identified as ASHLEY LAUREN BRIAUNA TAYLOR (hereinafter "TAYLOR") and "P," later identified as WILLIS PIERRE LEWIS (hereinafter "LEWIS"), picked Z.S. and T.H.Y. up from the residence and drove them to a location in Maryland. On that date, LEWIS and TAYLOR advised Z.S. and T.H.Y. that they were going to work in a commercial sex business with LEWIS and TAYLOR. LEWIS and TAYLOR provided Z.S. and T.H.Y. with loyalty contracts to sign. Z.S. and T.H.Y. did sign the contracts, though neither wanted to do so. Further, LEWIS and TAYLOR advised Z.S. and T.H.Y. that 30% of the money made by Z.S. and T.H.Y. would go to LEWIS and TAYLOR.

11. Also on that date, JONES drove Z.S. and T.H.Y. in JONES' car, which Z.S. described as grey with a broken rear window covered in plastic, from the location in Maryland at which Z.S. and T.H.Y. had signed the loyalty contracts to a commercial sex date in Virginia. However, Z.S. reported that she did not engage in commercial sex with the customer because the customer did not want to pay before engaging in the planned sexual activity.

12.     Beginning on that date, TAYLOR began to post commercial sex advertisements for Z.S. and T.H.Y using TAYLOR's cell phone. TAYLOR used a TextNow telephone number for the advertisements. This TextNow account was installed on TAYLOR's phone, and later, also on a phone used by Z.S. Communications with potential commercial sex customers were handled primarily by TAYLOR, but Z.S. sometimes communicated with them directly via TextNow text message.

13.     LEWIS drove Z.S. and T.H.Y. in his green Cadillac to outcall commercial sex dates and to various apartments and hotels in which Z.S. and T.H.Y. engaged in commercial sex dates arranged as a result of the online advertisements and the like.  According to Z.S., LEWIS's car had "rims" and a sunroof. Z.S. reported that LEWIS carried a handgun with him in a black backpack that he always had with him. If LEWIS was not around, TAYLOR held the gun.

14.     **BARTON.**  As a result of these advertisements, both Z.S. and T.H.Y. engaged in commercial sex dates with various men in residences and hotels in the District of Columbia and Maryland. Specifically, LEWIS and TAYLOR took Z.S. and T.H.Y. to an apartment located at ██████████████████████████████████████, which belonged to a man known to Z.S. as "Rico," later identified as RODRICK MCGRIER BARTON (hereinafter "BARTON"). In order to access the building, Z.S. recalled that she needed to enter the code #██ on a key pad, so BARTON could remotely unlock the door. BARTON's apartment is on the third floor of the building. BARTON made his apartment available for Z.S. and T.H.Y. to use for commercial sex dates in exchange for $80 per night. Z.S. and T.H.Y. spent one night and BARTON's apartment and Z.S. had approximately three commercial sex dates at this residence.

15.     Additionally, after having an opportunity to observe Z.S. and T.H.Y., BARTON engaged in oral and vaginal sexual intercourse with both Z.S. and T.H.Y. in the residence and recorded the encounter on his cell phone. The recording was sent to TAYLOR's cellphone on the same date, where Z.S. observed the video thumbnail.

16.     On the night that Z.S. and T.H.Y. stayed at BARTON's apartment, LEWIS drove both Z.S. and T.H.Y., as well as TAYLOR, and BARTON to a party so that Z.S. and T.H.Y. could engage in commercial sex. Z.S. did one commercial sex date in a bedroom at the apartment in which the party was hosted. Z.S. gave a portion of the money she made on this date to TAYLOR and LEWIS.

17.     Z.S. further advised that several days after beginning work for TAYLOR and LEWIS, T.H.Y. said she was leaving. In fact, T.H.Y. did leave and Z.S. has not seen her since. Z.S. continued to work in commercial sex for the benefit of TAYLOR and LEWIS, including at the Motel 6 in which she was recovered by law enforcement, for approximately one week after T.H.Y. left the group. Z.S. provided some of the money she earned during the commercial sex dates to TAYLOR, and Z.S. observed TAYLOR in turn provide the money to LEWIS.

18.     Eventually, Z.S. decided she, too, was going to leave TAYLOR and LEWIS, and she did so. Upon telling them she was leaving, TAYLOR took all the money that Z.S. possessed. All of the money that Z.S. possessed had been earned by engaging in commercial sex.

19.     Z.S. has identified a photograph of LEWIS as the individual she knows as "P," a photograph of TAYLOR as the individual she knows as "Kashh," a photograph of JONES as the individual she knows as "Brittany," a photograph of FOWLER as the individual she knows as "Chucky," and a photograph of BARTON as the individual she knows as "Rico." She has also identified a photograph of a green Cadillac located on a Facebook page associated with LEWIS as

the vehicle in which LEWIS drove her and T.H.Y. to engage in commercial sex dates. She has also identified the residence located at ████████████████████████ as LEWIS's residence which she knows he shares with his wife Ronda (later identified as RONDA D. MANNS), the apartment complex that includes ████████████████████████, as the complex in which FOWLER resides, and the apartment building located at ████████████████ ████████, as the building in which BARTON resides.

### T.H.Y.'s STATEMENT

20.     On May 16, 2019, your affiant was advised that T.H.Y. was currently located at a juvenile detention facility in California. On May 29, 2019, your affiant interviewed T.H.Y. at the juvenile detention facility in California.  During the interview, T.H.Y. stated the following:

21.     **FOWLER.** T.H.Y. reported that she had met Z.S. at a residential placement facility in Virginia.  She stated that the two had left the residential placement facility with three other minor females.  T.H.Y. disclosed that she and Z.S. were brought into the District of Columbia a couple days later by a taxicab driver that the two had met after they ran away from the residential placement facility.  After the two spent some time walking around in the District of Columbia, they met FOWLER (known to her as "Chucky") who advised he would "help them make money."

22.     While with FOWLER, FOWLER told T.H.Y. to post commercial sex advertisements on megapersonals.com. T.H.Y. did post such advertisements using FOWLER's cell phone, and including FOWLER's cell phone number as the contact for the advertisement.[3] Several people called FOWLER attempting to set up commercial sex dates, but T.H.Y. did not do any dates based on those advertisements with FOWLER.

---

[3] The advertisement is the one described in paragraph 3(a) above.

23.     **JONES.**  FOWLER introduced Z.S. and T.H.Y. to two females, JONES (known to her as "B," "Brick," or "Boss") and "Diamond," whom FOLWER told them would help them to make money.  T.H.Y. understood this to mean working performing commercial sex dates.  JONES drove FOWLER, "Diamond," T.H.Y. and Z.S. to "Diamond's" townhouse, where "Diamond" and FOWLER took photos of T.H.Y. and Z.S. and posted commercial sex advertisements for them.

24.     **LEWIS and TAYLOR.**  T.H.Y. further advised that the next day, JONES introduced her and Z.S. to TAYLOR and LEWIS for the purpose of working in a commercial sex business.  T.H.Y. stated that both she and Z.S. signed loyalty contracts, though she did not want to do so.  By that time, however, T.H.Y. felt as though she had no choice but to do so.  TAYLOR and LEWIS told T.H.Y. and Z.S. that they would be required to give 30% of money made engaging in commercial sex to TAYLOR and LEWIS.  This occurred while the girls were in LEWIS's vehicle parked on the street.

25.     On that date, JONES drove T.H.Y. and Z.S. in her vehicle, which T.H.Y. described as a grey Chrysler 200 with a broken back window covered in plastic, to Virginia for the purpose of Z.S. engaging in a commercial sex date. The address for the date had been provided to JONES by TAYLOR. T.H.Y. said that, upon their arrival at the location of the commercial sex date, they saw a man known to JONES, who she referred to as "Ralphie." Z.S. left the vehicle with the potential commercial sex customer, however, he wanted to engage in sexual activity with Z.S. prior to providing her money for those services. Z.S. refused to engage in sexual activity prior to being paid, and returned having not engaged in the date nor having been paid.  T.H.Y. reported that JONES was very upset and wanted to fight the customer.  JONES, T.H.Y., and Z.S. eventually

left and returned to their starting location in either Washington, DC or Maryland, T.H.Y. was unsure which.[4]

26.     TAYLOR took photographs of T.H.Y. and Z.S., which she posted on megapersonals.com as part of advertisements for commercial sex. T.H.Y. reported that communications with potential commercial sex customers were handled by TAYLOR, on her two cell phones, for the arrangement of commercial sex dates.

27.     For the next several days, T.H.Y. and Z.S. engaged in commercial sex with men in Maryland and Washington, D.C. in residences and hotels to include a Motel 6 in Camp Spring, Maryland, and an Econolodge in Hamilton, MD. After the dates, TAYLOR told T.H.Y. how much 30% of what she earned totaled, and T.H.Y. gave this amount to TAYLOR.   T.H.Y. reported that on a number of occasions, the amount of the money that TAYLOR took from her was much greater than 30%.  T.H.Y reported that when commercial sex dates were scheduled, LEWIS drove them to the hotels and residences in his green Cadillac.  T.H.Y. stated that TAYLOR and LEWIS carried a handgun with them in a black backpack at all times.

28.     **BARTON.**  T.H.Y reported that on one occasion, LEWIS and TAYLOR drove T.H.Y. and Z.S. to BARTON's apartment so that T.H.Y. and Z.S. could engage in commercial sex incalls, for which BARTON charged them $80 per night.   T.H.Y. reported that BARTON's apartment building requires a code to access the front door, and BARTON's apartment is on the third floor. On the day they arrived at the apartment, T.H.Y. and Z.S. engaged in a "threesome"

---

[4] Based on Z.S.'s description of the location, FBI determined that the location was near LEWIS's residence in ███████████.  Specifically, Z.S. told the FBI that the location was "around the corner" from the house she identified as LEWIS's in a photo.  FBI showed T.H.Y. photographs of the area and T.H.Y. was able to point out an area where LEWIS had parked on the street, which was near his residence.

with BARTON, which included vaginal and oral intercourse. Both BARTON and TAYLOR filmed the sexual encounter using BARTON's cell phone. BARTON advised that he was going to sell the video to make money. BARTON also sent the video to TAYLOR's cell phone, where T.H.Y. watched it. T.H.Y. believes the video was transferred via TextNow.

29.     On that same night, BARTON arranged for T.H.Y. and Z.S. to work at a party in the District of Columbia.  LEWIS drove TAYLOR, BARTON, T.H.Y., and Z.S. to the party where Z.S. did, in fact, engage in a commercial sex date. T.H.Y. did not do any commercial sex dates while at the party. When they left the party, they all returned to BARTON's apartment and spent the night. TAYLOR required that T.H.Y. stay up all night and continue to answer text messages from potential commercial sex clients using TAYLOR's cell phone. The following day, T.H.Y. and Z.S. engaged in approximately three commercial sex dates each at BARTON's apartment. T.H.Y. made $280 during her three dates, and TAYLOR took over $100 of that money from T.H.Y.

30.     LEWIS, TAYLOR, T.H.Y. and Z.S. left BARTON's apartment later that day and went to the Econolodge in Clinton, MD. While at the Econolodge, T.H.Y. did approximately eight commercial sex dates and made approximately $400. TAYLOR took about $200 of this money. T.H.Y. and Z.S. engaged in a "two girl special" during an outcall to a customer's apartment. TAYLOR and LEWIS drove T.H.Y. and Z.S. to the date, and both T.H.Y. and Z.S. engaged in intercourse with the customer for $140. The customer gave them a $20 tip, which neither T.H.Y. nor Z.S. told LEWIS and TAYLOR about so that they could keep the extra money.

31.     On May 3, 2019, T.H.Y. advised TAYLOR and LEWIS that she was leaving. T.H.Y. used all the money she had to buy a Greyhound bus ticket to Sacramento, CA. On May 8, 2019, T.H.Y. did board a Greyhound bus which delivered her to Sacramento, CA on or about May 12, 2019, where she turned herself in to a juvenile receiving center before needing to be hospitalized.

32.     T.H.Y. identified a photograph of LEWIS as the individual she knows as "P," and a photograph of TAYLOR as the individual she knows as "Kashh." She has also identified a photograph of a green Cadillac located on a Facebook page (www.Facebook.com/ willis.lewis.568) associated with LEWIS as the vehicle in which LEWIS had driven her and Z.S. for commercial sex dates. T.H.Y. identified a photograph of the Motel 6 located at 5701 Allentown Rd, Camp Springs, MD, and the Econolodge located at 7851 Malcolm Rd, Clinton, MD, as motels at which both she and Z.S. worked in commercial sex for the financial benefit of TAYLOR and LEWIS.[5]

33.     On July 11, 2019, T.H.Y. was again interviewed by law enforcement after being transported to the District of Columbia for such purpose. T.H.Y. was asked additional, more detailed questions about her interactions with TAYLOR and LEWIS, among other things. During the course of this second interview, T.H.Y. described in even greater detail her fear of TAYLOR and LEWIS, stating that the two carried a gun in a black backpack and used it to threaten and intimidate T.H.Y. and Z.S. Specifically, T.H.Y. stated that on one occasion, while TAYLOR and LEWIS were staying at a motel in Maryland with T.H.Y. and Z.S., where they were required to

---

[5] At the time of T.H.Y.'s initial interview, the FBI had not yet identified JONES, FOWLER, or BARTON. When T.H.Y. was interviewed again on July 11, 2019, as set forth below, FBI had identified them, and T.H.Y. was shown a confirmation photo of each, resulting in a positive identification of each.

perform commercial sex dates, TAYLOR became angry with T.H.Y. and Z.S. for the path they walked when returning to the motel room from a vending machine. T.H.Y. stated that once back inside the room, TAYLOR pulled out the gun and began "waving" it at T.H.Y. and Z.S. and yelling at them for their failure to follow directions. LEWIS stood by pacing the room while TAYLOR reprimanded the girls and threatened them with the gun.  T.H.Y. reported that she was in fear for her life during the encounter.  T.H.Y. reported that on another occasion, she awakened to find that TAYLOR and LEWIS had placed the gun under her pillow, which, too, made her afraid.

34.     During this follow-up interview, T.H.Y. was also shown advertisements that had been posted on Megapersonals.com by FOWLER and JONES and identified the advertisements as depicting her and Z.S.  These are the advertisements described in paragraphs 3(a) and 3(b) above. T.H.Y. also identified a photograph of JONES as the individual she knows as "Bricks," a photograph of FOWLER as the individual she knows as "Chucky," and a photograph of BARTON as the individual she knows as "Rico."  Finally, T.H.Y. identified a photography of ███████ █████████████████ as LEWIS's residence, and a photograph of █████████████ ████████ as BARTON's building

## FURTHER INVESTIGATION

35.     On June 3, 2019, the Econolodge located at 7851 Malcolm Rd, in Clinton, MD voluntarily provided guest registration information to your affiant for April 28, 2019 and April 30, 2019.  On those dates, rooms were rented for one and two nights, respectively, in the name Willis Lewis. Additionally, your affiant received a photocopy of LEWIS's Maryland ID card, which he had provided and that was scanned at the time of check-in for each reservation.

36.     On June 3, 2019, the Motel 6 located at 5701 Allentown Rd, in Camp Springs, MD voluntarily provided guest registration information to your affiant that showed that on May 2, 2019 and May 4, 2019, rooms were rented for one night each in the name Willis Lewis, with a listed address of ███████████████████ Motel 6 advised that it does not maintain photocopies of identification cards, but guests are required to scan their identification cards and the information automatically populates into the system with the name and address on the identification. Your affiant is aware from the identification card provided by Econolodge, and referenced above, that LEWIS's Maryland identification card contains the address ████████████ ████████████.

37.     A query of the Virginia Department of Motor Vehicle database revealed a grey 2013 Chrysler 200, bearing ███ tag ██████ and Vehicle Identification Number ████████████████ registered jointly to ████████████ and JONES. Additionally, records revealed a green 1996 Cadillac, bearing ███ tag ██████ and Vehicle Identification Number ████████████ registered to ████████████ at an address of ████████████ ████████████. (As noted above, MANNS is LEWIS's wife.)

38.     Physical surveillance conducted on June 26, 2019 located the green Cadillac bearing Virginia tag ██████ parked in front of █████████████████████████. The Cadillac is the same vehicle identified by Z.S. and T.H.Y. and contained on the Facebook page associated with LEWIS.

39.     A query of a law enforcement database containing license plate reader information in the District of Columbia located images of the grey Chrysler 200 bearing ███ tag ███ registered to JONES. Specifically, the images of the vehicle recorded on May 7, 13, 17, and 22, 2019 show a plastic bag covering the rear passenger side window of the vehicle as described by Z.S. and T.H.Y.

40.     On May 23, 2019, your affiant located a Facebook page containing the unique ID lovely.ashh, which contained profile pictures depicting TAYLOR. On the same date, an Administrative Subpoena was served on Facebook for subscriber records relating to this account. In response to the subpoena, Facebook provided records indicating that the account had an associated email address of taylor_ashley15@yahoo.com.  As noted below, that user name and email address were both used in connection with TextNow account used in connection with the offenses under investigation.

41.     On May 23, 2019, your affiant located a Facebook page containing the unique ID willis.lewis.568 that contained profile pictures depicting LEWIS and a green Cadillac with a sunroof parked on the street between ███ and ███████████████████. On the same date, an Administrative subpoena was served on Facebook for subscriber records relating to this account. In response, Facebook provided records indicating that the account had an associated telephone number of ███████ which was verified on December 16, 2018.  As noted above and below, that number was used in connection with the offenses under investigation.

42.     On June 5, 2019, your affiant located an Instagram page containing the vanity name "brickie_banz" which contained profile pictures depicting JONES. On the same date, an Administrative subpoena was served on Instagram for subscriber records relating to this account. In response to the subpoena, Instagram provided records indicating that the account had an

associated verified telephone number of ███████ and an associated email address of bossyhoncho@gmail.com.  As noted below, that email account and phone number were used in connection with the offenses under investigation.

43.     On June 6, 2019, Megapersonals.com voluntarily provided your affiant with records related to the advertisements referenced in paragraph 3, above. Specifically, the email address associated with account used to post the April 26 advertisement containing telephone number ███████ is bossyhoncho@gmail.com. Also included in the Megapersonals.com records, were records indicating that the advertisement depicting Z.S. and referenced in subparagraph 3(e), above, was accessed by its creator on May 3, 2019 at 7:51am from IP address ███████.

44.     On May 31, 2019 an Administrative subpoena was served on Verizon Fios for subscriber information related to IP address ███████ at 7:51am on May 3, 2019. Records responsive to this request indicate that at the date and time it was used to access the Megapersonals.com advertisement depicting Z.S., this IP address was assigned to Marquis Manns with a services address at ███████████████████ that is, LEWIS's residence shared with his wife MANNS.

45.     On June 7, 2019, an Administrative subpoena was served on Google for subscriber information related to the email address bossyhoncho@gmail.com. Records responsive to this request indicate that subscriber name is "Boss Jones," the associated telephone number is ███ ███████ and the recovery email addresses are msbrittanyajones@gmail.com and Brittany_jones0689@yahoo.com.

46.     On June 6, 2019, and June 20, 2019, search warrants were authorized by the Hon. Robin M. Meriweather, United States Magistrate Judge for the District of Columbia, for text message content and subscriber information related to telephone numbers ███████ ███████ ███ ████████ and ████████ stored by TextNow.

47.     On June 11, 2019, and June 24, 2019, TextNow provided your affiant with records responsive to these requests. Subscriber information for ████████ includes an associated email address of bossyhoncho@gmail.com. The user of this account also repeatedly identifies herself as "Bricks," "Bee," and "Brittany" to multiple other individuals via text message. Subscriber information for ████████ includes the user name lovely.ashh, a date of birth of ████████ and associated email address of taylor_ashley15@yahoo.com.  The user of this account also repeatedly identifies herself as "Kashh" and "Ash" to other individuals via text message.

48.     Each of the four TextNow telephone numbers were engaged in text message conversations with individuals arranging commercial sex dates between April 27 and May 11, 2019, including those which appear to specifically reference the advertisements discussed in paragraph 3, above, and others depicting Z.S. and T.H.Y.

49.     Specifically, on April 27, 2019, the following conversation occurred between TAYLOR utilizing ████████ and JONES utilizing telephone number ████████

   *TAYLOR:* Call Ralph When You Get There He Gon Come To You And Lookout[6]

   *JONES:* Aite

   *JONES:* U made sure he not affiliated right?[7]

   *TAYLOR:* How Close Are Yall??

---

[6] All text abbreviations and typographical errors contained in quoted text language are original.

[7] Your affiant is aware that "affiliated" means affiliated with law enforcement.

*TAYLOR:* Yeah

*JONES:* Aite 3 min

*TAYLOR:* Kool

*TAYLOR:* Tell Her He Wanna Eat Her 140

*TAYLOR:* He Got A Orange Long Sleeve On

*TAYLOR:* Where Yall At??

*TAYLOR:* Wtf Bruh

*TAYLOR:* Yall Good

*JONES:* Yea

*TAYLOR:* Hit me when yall otw back so i can reserve the room

*JONES:* Tell P I need a dog[8] when we go on these moves[9]

*TAYLOR:* Sharp

*TAYLOR:* She Done Yet??

*JONES:* This nigga was in games I just wasted my fucking meal money for this dumb shit

*JONES:* We it's back

*TAYLOR:* Kk

---

[8] Your affiant is aware that "dog" is a slang expression for a gun.

[9] Your affiant is aware that a "move" is a slang expression for a commercial sex date.

50.      On May 4, 2019 the following conversation occurs between Z.S. utilizing ████

██ and telephone number ████████

**Z.S.:** Can I get some sleep its 6:33

**Z.S.:** Ok

████████ Naw You Slept All Day And Didnt Work All Night..

████████ You Done?

████████ Ok What?

**Z.S.:** Um well I'm not finna be wprking all day and night wtf

**Z.S.:** Here

████████ [:ok_hand: emoji]

████████ One Otw

*[Z.S. receives a missed call from ████████ stored in contacts as "Kash"]*

**Z.S.:** Done

**Z.S.:** Here

**Z.S.:** He sending it on cashapp now

████████ Kool

*[Z.S. receives a missed call from ████████ stored in contacts as "Kash"]*

**Z.S.:** Hes here im going to sleep after

████████ [:ok_hand: emoji]

**Z.S.:** He's done

████████ [:ok_hand: emoji] Get Some Rest Babygirl

████████ Keep This Same Routine And You Could Easily Buss Em With 10

Moves A Day!!

**Z.S.:** Ok

**Z.S.:** He left cuz ion got no condom but he gone get spme n come back

*[Z.S. receives a missed call from* ███████ *stored in contacts as "Kash"]*

**Z.S.:** Done

51.     Also, at approximately 11:37pm EST on April 29, 2019, the evening that LEWIS drove Z.S., T.H.Y., TAYLOR, and BARTON from ████████████████████████████ (BARTON's apartment, where Z.S. had commercial sex dates) to a party in the District of Columbia for the purpose of Z.S. and T.H.Y. engaging in commercial sex dates, the user of the TextNow number ███████ began a text message conversation with an unknown individual appearing to arrange a commercial sex date. The other individual requested an address and at 11:45pm EST, ███████ stated "███████████████."

52.     On multiple occasions between May 3, 2019, and May 7, 2019, Z.S. using TextNow numbers ███████ and ███████ communicated with others regarding the payment for sexual services using CashApp.[10] Specifically, on May 4, while discussing an incoming commercial sex customer, Z.S. using ███████ asks the user of ███████ "same cashapp?" to which the response is "Yes $MsSoloRM." On May 7, 2019, Z.S. using ███████ asks the user of ███████ "what's the cashapp" to which the response is "$MsSoloRM." Also on May 7, the user of ███████ sends Z.S. three text messages via ███████ stating "I just reposted you," "$MsSoloRM," and "make a mental note of it." On May 3, 4, and 5, 2019,

---

[10] CashApp is a mobile payment application which allows users to complete monetary transactions between users via cell phone. After registering an account, a user receives a physical debit card onto which funds received via the application are deposited.

an individual using █████████ provides the cashtag[11] "$MsSoloRM" to commercial sex customers for payment.

53.     On June 12, 2019, an Administrative subpoena for records related to CashApp cashtag "$MsSoloRM" were served on the owner of CashApp, Square Inc. On July 8, 2019, Square, Inc. provided records responsive to this request. Specifically, the name associated with the cashtag "$MsSoloRM" is Ronda Manns with an address of ████████████████████████ The account is connected to a physical debit card bearing a number ending in 0534. Between May 3 and May 7, 2019, five payments were made to this account from other CashApp users consistent with payment amounts for sexual services. Additionally, the account was accessed from IP address ████████, noted in paragraph 40 and 41 above as being registered to Marquis Manns at ████ ███████████████████████.

54.     On May 22, 2019, a search warrant for AT&T was authorized by the Hon. G. Michael Harvey, United States Magistrate Judge for the District of Columbia, for historical cell site data, a pen register/trap and trace, and prospective GPS tracking related to telephone number ███████████ Records responsive to this request identified the subscriber of ███████████ as "Pierre Lewis," with a billing address at ██████████████████████████ from February 17, 2018 through the date of the search warrant. Real time GPS tracking of this telephone number also consistently placed the phone at ██████████████████████████ during the period of tracking.

55.     Additionally, historical cell site data provided by AT&T in response to the search warrant for records related to ███████████ indicates that this cell phone, registered to LEWIS, repeatedly accessed a cell tower in close proximity to ██████████████████████████

_____

[11] A "cashtag" is the unique ID associated with a CashApp account.

between 11:00pm EST on April 29, 2019 and 12:15am EST on April 30, 2019. ████████
████ was also the address the provided for Z.S. when she engaged in the commercial sex date set up for her while at the party in D.C. that BARTON had arranged.

56.     On 17 occasions between March 28 and May 13, 2019, JONES, utilizing ████████
████ to communicate with other users, provided her additional telephone number as ████████ Additionally, records provided by TextNow indicate that on May 11, 2019, telephone number ████████ had a missed a phone call from a contact saved as "Brick City" from telephone number ████████.

57.     An Administrative subpoena for records relating to telephone number ████████
████ was served on T-Mobile on June 7, 2019. Records received responsive to this request indicate that telephone number ████████ has been subscribed to by "Brittany Jones" from December 5, 2018 through the date of the subpoena. As described above, this number was used in connection with the offenses under investigation.

58.     On April 17, 2019 JONES, using telephone number ████████ engaged in a text message conversation with telephone number ████████ appearing to set up a transaction to purchase marijuana. During that conversation, the user of ████████ provided the address "████████." Then, on April 21 and April 22, 2019, the user of ████████ stated via text message "This Rico" (BARTON's nickname).

59.     An administrative subpoena for records relating to telephone number ████████ was served on Sprint on June 25, 2019. Records received responsive to this request indicate that telephone number ████████ has been subscribed to by ████████ with a billing address at ████████ from February 13, 2017 through the date of the subpoena.

60.     A search of the Maryland Department of Motor Vehicles located a driver's license for BARTON with an address at ████████████████. However, on July 3, 2019, the leasing office for the Southview Apartments confirmed that BARTON is the current resident in ████████████████████████.

61.     An Administrative subpoena for records relating to telephone number ████ ████ was served on T-Mobile on June 4, 2019. Records received responsive to this request indicate that telephone number ████████ has been subscribed to by "████████" with a billing address of ████████████████████████. Additionally, this telephone number is connected to a Facebook page with unique ID "curtis.fowler.754365" and display name "Curtis Fowler."

62.     A query of the Washington, DC Department of Motor Vehicles located an operator's license for FOWLER which includes an address of ████████████████ ████████████ As of June 28, 2019, FOWLER's address of record with Washington, DC Court Services and Offender Supervision Agency, by whom he is actively being supervised, was ████████████████.

Respectfully submitted,

_____
Alix Skelton
Special Agent
FBI

Subscribed and sworn to before me on this 26th day of July, 2019

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE